**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Cityscape Rentals LLC<br>a Calif. Limited Liability Co.,<br><br>                                          PLAINTIFF(S)<br>                          v.<br><br>Ricardo Shalhoub et al,<br><br>                                          DEFENDANT(S) | CASE NUMBER<br><br>2:21-cv-10000-JFW-KS**x**<br><br><br>**ORDER RE REQUEST TO PROCEED**<br>*IN FORMA PAUPERIS* |

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

_____          _____
Date                                            United States Magistrate Judge

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

☐ Inadequate showing of indigency          ☒ District Court lacks jurisdiction

☐ Legally and/or factually patently frivolous          ☐ Immunity as to

☒ Other:  *The underlying unlawful detainer action*
*alleges damages (do not exceed $10,000 and the parties*
Comments: *are not completely diverse. The only federal*
*question is raised as an affirmative defense. A*
*defendant cannot remove based on an affirmative*
*defense. See Berg v. Leason, 32 F.3d 422, 426 (9th Cir. 1999).*

*January 3, 2022*                          _____
Date                                            United States Magistrate Judge

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby:

☐ GRANTED

☒ DENIED (see comments above).  IT IS FURTHER ORDERED that:

   ☐ Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.

   ☐ This case is hereby DISMISSED immediately.

   ☒ This case is hereby REMANDED to state court.

**January 4, 2022**                          _____
Date                                            United States District Judge